**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STEPHEN LIEBB, | No. 08-17080 |
| Petitioner - Appellant, | D.C. No. 4:04-cv-04213-CW |
| v. | |
| VINCE CULLEN, Acting Warden, Acting Warden, | MEMORANDUM[*] |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the Northern District of California
Claudia A. Wilken, District Judge, Presiding

Submitted April 12, 2011[**]
San Francisco, California

Before: REINHARDT, HAWKINS, and GOULD, Circuit Judges.

Stephen Liebb appeals the district court's denial of his petition for a writ of

habeas corpus. Liebb argues that there was not "some evidence" to support the

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

denial of his parole.  In light of *Swarthout v. Cooke*, 131 S. Ct. 859 (2011) (per curiam), we hold that Liebb's federal right of due process was not violated.  Liebb does not argue that he was denied an opportunity to speak at his hearing and contest the evidence against him, that he was denied access to his record in advance, or that he was not notified of the reasons why parole was denied.  *See id.* at 862.  Accordingly, we affirm the district court's denial of his habeas petition.

**AFFIRMED.**